IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

VS.                                          CASE NO. 6:15CR60023-002

TITUS D. DENTON                                                                       DEFENDANT

## ORDER

Currently before the Court is the Amended Report and Recommendation [ECF 32] filed in this case on December 22, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Both parties have waived the right to object to the Report and Recommendation for the purpose of expediting acceptance of the guilty plea in this matter. [ECF 36].

The Court has reviewed this case and, being well and sufficiently advised, finds that the Amended Report and Recommendation [ECF 32] is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, Defendant's guilty plea is accepted, and the written plea agreement is **APPROVED**.

**IT IS SO ORDERED** this 11th day of January, 2016.

/s/ Susan O. Hickey
SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk of Court is directed to terminate Report and Recommendations [ECF 31].